

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE LUIS SANCHEZ-CORTES, a.k.a. Jose L. Cortes, a.k.a. Jose Luis Sanchez, a.k.a. Jose L. Sanchez Cortes, a.k.a. Jose Luis Sanchez Cortez, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 10-73486 <br><br> Agency No. A098-249-001 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 12, 2014[**]

Before:    McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

Jose Luis Sanchez-Cortes, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for cancellation of removal.

_____

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction under 8 U.S.C. § 1252.  We review de novo questions of law. *Garcia v. Holder*, 659 F.3d 1261, 1265-66 (9th Cir. 2011).  We deny the petition for review.

The U.S. Supreme Court's decision in *Holder v. Martinez Gutierrez*, 132 S. Ct. 2011 (2012), forecloses Sanchez-Cortes's sole contention regarding imputation of his period of continuous residence.

**PETITION FOR REVIEW DENIED.**

10-73486